```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
USA,

                              **Plaintiff,**

                                        1:17-CR-00087-ALC-1

    -v-

                                          **ORDER**

**DOUMANIS, ET AL.**

                              **Defendants.**

------------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

       The Government is ORDERED to file a sur-reply responding to the Defendant's reply by Thursday, June 11, 2020 at 3 p.m.

       A conference regarding the request for compassionate release is set for June 12, 2020 at 2:00 p.m. The Parties will appear by telephone (Phone No. (888) 363-4749 - access code: 3768660).

**SO ORDERED.**

**Dated:**       **New York, New York**
                     **June 10, 2020**

                                               _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**