USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

GEORGE DOUMANIS,

              Defendants.

------------------------------------------------------------x

17-CR-87 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Hearing set for **July 13, 2020** at **3:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: July 7, 2020**
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**